UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-cr-00003-RLY-MPB |
| ) | |
| TRACY A FUSSNER, ) | -01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On October 2, 2017, the Court held an Initial Appearance on a Warrant for a Supervised Release Violation. On October 19, 2017 the Court held a Final Revocation Hearing. Defendant Fussner appeared in person and with his appointed counsel Barry Blackard. The government appeared by Todd Shellenbarger, Assistant United States Attorney. United States Probation and Parole appeared by Officer Katrina Sanders.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. After being placed under oath, Defendant Fussner admitted to violation #1 and portions of violation #2.

2. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician." <br><br> The offender tested positive for amphetamine use on 6/7/17, 7/7/17, 7/11/17, 7/27/17, 8/4/17, 8/17/17, 8/30/17, and 9/5/17. On 6/7/17, the offender also tested positive for cocaine. |
| 2 | "The defendant shall participate in a program of testing and/or treatment for substance abuse and shall pay a portion of the fees of treatment as directed by the probation officer." <br><br> The offender failed to report for drug testing on 6/28/17, 7/5/17, 7/12/17, 7/14/17, and 7/19/17. |

With respect to the advisory guidelines, the Court finds that:

      (a)    The highest grade of violation is a Grade B violation.

      (b)    Defendant's criminal history category is VI.

      (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 21-27 months' imprisonment.

The parties jointly recommended a sentence of 21 months in the Federal Bureau of Prisons with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more

fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: October 19, 2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal